# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SERGIO ROJAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 10-cv-5260 |
| v. | ) |
| | ) Judge Virginia M. Kendall |
| CAREER EDUCATION CORP., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION FOR PROTECTIVE ORDER TO QUASH SUBPOENA FOR RECORDS

Attorney M. Megan O'Malley, on behalf of herself, moves this Honorable Court to quash the subpoena for records issued by Plaintiff in the above referenced matter. In support of her motion, movant respectfully states the following:

1. I am a current customer of Verizon Wireless.

2. I received notice on or around July 26, 2012 from Verizon Wireless that a subpoena for the production of my cellular phone data, including but not limited to text messages, was received by Verizon Wireless in relation to the class action lawsuit filed on behalf of Plaintiff, Mr. Sergio Rojas. [See attached letter, Exhibit A].

3. Prior to this notice, I was unaware of any sort of class action litigation involving Verizon Wireless.

4. I do not wish to be a part of this class action litigation.

5. Accordingly, I have sent a letter to class counsel requesting that I be excluded from the class. [See attached letter, Exhibit B].

6. As such, any records of my cellular phone service, including but not limited to text messages, would bear no relevance to the claims at issue. Moreover, release of these records

would be a violation of my privacy as I do not wish to be a part of the pending class action litigation.

7.      Additionally, as I have often communicated via text message with my clients and other lawyers in my firm regarding pending litigation, any release of my text message records would involve a release of information subject to the attorney-client and work product privileges. I am not willing to waive those privileges and neither are my clients.

8.      Accordingly, movant respectfully request this Honorable Court quash the subpoena and enter an order prohibiting Verizon Wireless from releasing my cellular phone records.

WHEREFORE, movant respectfully request this Honorable Court quash the subpoena and enter an order prohibiting Verizon Wireless from releasing my cellular phone records.

Respectfully submitted,

By:   s/ M. Megan O'Malley
Attorney for Plaintiff

M. Megan O'Malley
O'Malley & Madden, P.C.
542 So. Dearborn St.
Suite 660
Chicago Illinois 60605
312.697.1382
office@ompclaw.com
ARDC No. 6243598