# Exhibit A

Date: July 24, 2012

Megan Omalley
Omaiiey And Madden Pc
542 S Dearborn St Ste 660
Chicago, IL 60605-1558

**Subscriber Number:** (312) 343-2177

Dear Verizon Wireless Customer:

  In order to protect your privacy, it is the policy of Verizon Wireless to notify a subscriber whenever a subpoena has been received asking for any subscriber's records. Neustar is the designated agent of Verizon Wireless authorized to respond to subpoenas for the production of subscriber records.

  Accordingly, we wanted to advise you that while **you are not being sued,** on 4/21/2012 Verizon received a subpoena from the class action case *Rojas v. Career Education Corp*. No. 10-cv-5260 (N.D. Ill.) requesting the subscriber names and U.S. Mailing addresses of certain Verizon customers who were sent spam text messages. According to the lawyers who issued the subpoena, your cell phone number was indicated as one that had received a text message covered by the lawsuit and any information provided will solely be used to notify you of your rights and ability to claim up to $200 as part of a class action settlement.

**Information about the settlement can be found at www.CareerTextSettlement.net or by calling 1-866-354-3015.**

  Verizon Wireless will comply with this subpoena on August 8, 2012 unless we receive legal documents that delay or terminate the process (generally referred to as a Motion to Quash or Motion for Protective Order) on or before August 7, 2012.

  Verizon Wireless is not a party to this lawsuit and does not have any information about the class action settlement. Any questions you may have about the subpoena itself or the class action lawsuit should be referred to the law firm of Edelson McGuire, LLC, at 1-866-354-3015 or via the website www.CareerTextSettlement.net. If you have a need to contact Neustar about this letter or our procedures, please call 855-723-0022 between the hours of 9 AM and 5 PM (EST) Mon-Fri.

Sincerely,

Neustar
Authorized Agent for Custodian of Records
Verizon Wireless

# Class Action Lawsuit: FAQ

## Q: What is a class action?

- A class action is a lawsuit filed on behalf of a class of people with similar claims against a defendant. The action is filed by one or a few class representatives or named plaintiffs. It can involve hundreds or thousands of people who been harmed in a similar way by a common defendant. When the action is filed the court will determine whether it is appropriate to proceed as a class action. Four factors go into this determination. These are called:

Numerosity - whether there are enough claims to use the class action form
Commonality - whether the claims are sufficiently alike to use the class action form
Typicity - whether the class representatives' claims are typical of all claims
Adequacy - whether the representatives are up to the task of representing the class fairly and well

## Q: How will a judgment in a class action affect me?

- If you're a member of the class you'll be bound by the judgment in the lawsuit unless you opt out of the case. In general all absent class members must abide by the terms of the judgment or settlement of the lawsuit. If the lawsuit is one to obtain a money judgment from the defendant, you will receive notice of the proceedings and be given the chance to opt out of them. By opting out, you will not be bound by the result in the case.

## What Are My Options in this case?

- **FILE A CLAIM.** If you believe that you are entitled to a benefit under the Settlement, you must return a Claim Form to the Settlement Administrator no later than **December 7, 2012** in order to receive an award.
- **EXCLUDE YOURSELF.** If you wish to exclude yourself (or opt out) from the Settlement Class, you must submit a letter requesting exclusion postmarked on or before **September 25, 2012**. If you properly opt out, you will not be bound by the Settlement, but you will not be eligible to participate in the potential benefits.
- **OBJECT TO THE SETTLEMENT.** If you're a Class Member, you can object to any part of the Settlement by sending a letter explaining the reasons you don't like the Settlement and stating whether you intend to appear at the Final Approval Hearing. To be timely, your objection must be filed with the Court and mailed to Class Counsel and Defendant's Counsel on or before **September 25, 2012**.
- **DO NOTHING.** You won't get a share of the Settlement Benefits and will give up your rights to sue the Defendant about the claims in this case.

## Q: How do I become part of a class action?

- In most cases, if you are described by the class, you become part of it automatically. You do not have to do anything to join the class. You will be bound by the result of the lawsuit and participate in any common fund of money the lawsuit produces for its members.

If you are described by the class, you can opt out of the lawsuit if you want to sue the defendant individually. If you opt out you will not be bound by the result of the lawsuit. Of course you also will not share in the judgment. Rarely will a class action be started on an opt in basis. If so you will have to file a claim form or request to join in the lawsuit.

Usually the notice of the lawsuit will inform class members what action, if any, they must take to participate. The notice of the lawsuit can be found by going to www.careertextsettlement.net.