**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Sergio Rojas

                      Plaintiff,

v.                                             Case No.: 1:10–cv–05260
                                                   Honorable Virginia M. Kendall

Career Education Corporation

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 3, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:Motion for protective order[56] is set for 8/6/2012 at 9:00 am. (TIME CHANGE)Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.