# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Sergio Rojas

                        Plaintiff,

v.                                                        Case No.: 1:10–cv–05260
                                                               Honorable Virginia M. Kendall

Career Education Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 6, 2012:

      MINUTE entry before Honorable Virginia M. Kendall: MOTION by Movant Megan O'Malley for protective order *to Quash Subpoena for Records*[56] is denied based upon the attorneys statement to seek the name and address information only as to Ms. O'Malley. The plaintiff stated in open Court that he has withdrawn his request to Verizon. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.